46312. DASHER v. TOOTLE et al.

QUILLIAN, Judge. The instant appeal is controlled by the decision in *Holland v. Tootle,* 124 Ga. App. 186.

*Judgment affirmed. Jordan, P. J., and Evans, J., concur.*
ARGUED JUNE 2, 1971—DECIDED JULY 8, 1971.

Action for damages. Gwinnett Superior Court. Before Judge Pittard.

*Hugh G. Head, Jr.,* for appellant.
*Webb, Fowler & Tanner, W. Howard Fowler,* for appellees.